UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HOWELL EDWARD HUNT, II,

    Plaintiff,

v.                                              Case No: 8:19-mc-85-T-36SPF

UNITED STATES OF AMERICA,

    Defendant.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Sean P. Flynn on October 1, 2019 (Doc. 4). In the Report and Recommendation, Magistrate Judge Flynn recommends that Petitioner's IFP (Doc. 2) be denied, and Petitioner's Petition (Doc. 1) be dismissed. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 4) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Petitioner's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 2) is DENIED.

(3) Petitioner's Writ of Certiorari (Doc. 1) is DISMISSED.

(4) The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** at Tampa, Florida on October 31, 2019.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Sean P. Flynn
Counsel of Record